UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUZANNE V. VEILLON,

    Plaintiff,

v.                                          Case No. 3:24cv-592-MCR-HTC

RUSHMORE LOAN
MANAGEMENT SERVICES, LLC,

    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated March 4, 2025 (ECF No. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 38) is adopted and incorporated by reference in this Order.

2. Defendant Rushmore's motion to dismiss (ECF No. 22) is GRANTED.

3. Veillon's claims are DISMISSED WITH PREJUDICE.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**